PD-0864-15     **864·15**

# In The Court OF Criminal Appeals Of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 18 2015

Abel Acosta, Clerk

Harvey Luther Teel
    Petitioner - Appellant

V.

The State Of Texas
    Petitionee - Appellee

## Petition For Discretionary Review Of COA Case NO. 06-14-00161 CR

FILED IN
COURT OF CRIMINAL APPEALS

AUG 18 2015

Abel Acosta, Clerk

Harvey Luther Teel (Pro Se)
TDCJ#1956147
Connally Unit
899 FM 632
Kenedy, TK. 78119

# Table Of Contents

Table Of Contents _____ 1.
Index Of Authorities _____ 2.
Statement Regarding Oral Arguement _____ 2.
Statement Of Case _____ 3.
Statement Of Procedural History _____ 4.
Grounds For Review _____ 5.
Arguement _____ 5.
Prayer For Relief _____ 6.
Certificate Of Service _____ 7.
Appendix (Opinion Of Court Of Appeals) _____ 8.

## Index Of Authorities

Smith V. Robbins, 120 S.ct. ~~███~~ 746 _____~~5. ~~Pg 5.

U.S. Const. Amend VI. _____~~5.

## Statement Regarding Oral Arguement

No Oral Arguement Is Requested by Petitioner

# Statement Of The Case

On September 5th, 2014 Petitioner (Harvey Luther Teel) Filed his Notice Of Appeal and was appointed Scott Cornraud to represent him on Appeal. On September 11th, 2014 Katherine Ferguson replaced Mr. Cornraud as Petitioner's counsel on Appeal due to reasons unknown by Petitioner.

Petitioner's Appellate Brief was due on January 1, 2015. On February 9th, 2015 Petitioner's Appellate Attorney, Ms. Ferguson, Simultaneously Filed Motions:

① For extension of Time to analyze the record in order to prepare a Brief – due to her mistaking the due date of the Brief to be on January 26th, 2015 and her computer crashed and did not come back up until January 30th, 2015;

② Anders Motion – that she could not find any errors; and ③ A Motion to withdraw as counsel. Counsel never met with Petitioner to discuss case.

The Sixth Court Of Appeals denied Ms. Ferguson's Motion For Extension of time and granted her remaining Motions Affirming Petitioner's case and allowing counsel to withdraw.

3.

Petitioner was charged with one count of Continuous Sexual Abuse Of A Young Child. Upon the advice of his trial Attorney, (David Couch), Petitioner entered an open plea of guilty and waived a trial by jury. The trial court sentenced Petitioner to fourty years imprisonment. Petitioner filed a timely notice of Appeal.

The Sixth Court Of Appeals Affirmed Petitioner's judgment on June 26th, 2015. This Court granted Petitioner an extension of time to file this Petition For Discretionary Review until September 25th, 2015.

## Grounds For Review

Did Petitioner's Attorney Abandon Petitioner's Appeal forfeiting Petitioner's right to Appeal under U.S. Const. Amend II Because counsel was Not able to prepare and file Appellant's Brief on time...

## Arguement

Petitioner argues that he was denied his right to a meaningful appeal under Smith V. Robbins, 120 S.Ct. 746 (2000) and his appeal was, In Fact, forfeited by his Appellate Attorney who was pressed for time to properly review the record and timely file Petitioner's Appellate Brief.

Petitioner's Brief was due on 01/01/2015, however, counsel did not file her Anders Brief motion until 02/09/2015. This is the same date that counsel filed a motion for extension of time to analyze the record and prepare a brief in Petitioner's case

This is also the date (02-09-2015) that this same counsel filed a Motion to Withdraw. In other words, if Appellate Court would not grant counsel, Ms. Ferguson an extension of time to properly review the record, and file a timely brief, then Ms. Ferguson found no error and requested to

withdraw. Petitioner is Pro Se and ignorant to the law and is therefore unable to analyze his records for legal or factual errors like an attorney.

## Prayer For Relief

Petitioner prays this Court grant his P.D.R. Re instate his appeal and appoint Counsel to properly analyze his records and prepare a Brief.

Respectfully Submitted,

*Harvey Luther Teel (Pro Se)*

Harvey Luther Teel (Pro Se)
TDCJ #1956147
Connally Unit
899 FM 632
Kenedy TX, 78119

6.

# Certificate Of Service

I certify that a true and correct copy of the above Petition For Discretionary Review was sent by United States Mail, postage prepaid, to Clerk 201 W. 14th St. Suite 106, Austin. TX. 78701 on this 9th day of August, 2015.

_Harvey Luther Teel (Pro Se)_
Harvey Luther Teel (Pro Se)
TDCJ# 1956147
Connally Unit
899 FM 632
Kenedy, Texas. 78119

7.

APPENDIX

OPINION OF THE COURT
OF APPEALS



## In The
## Court of Appeals
## Sixth Appellate District of Texas at Texarkana

No. 06-14-00161-CR

HARVEY LUTHER TEEL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 196th District Court
Hunt County, Texas
Trial Court No. 29,136

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Harvey Luther Teel was charged with one count of continuous sexual abuse of a young child, four counts of aggravated sexual assault of a child, and three counts of indecency with a child by sexual contact. Each of the four counts of aggravated sexual assault of a child and each of the three counts of indecency with a child by sexual contact was dismissed by the State. Teel entered an open plea of guilty to the charge of continuous sexual abuse of a young child and waived a trial by jury. After receiving his written plea admonishments, stipulation of evidence, and judicial confession to the crime, the trial court sentenced Teel to forty years' imprisonment.

Teel's appellate counsel filed a brief that outlined the procedural history of the case, provided a detailed summary of the evidence elicited during the course of the trial court proceedings, and stated that counsel found no meritorious issues to raise on appeal. Meeting the requirements of *Anders v. California*, counsel has provided a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *Anders v. California*, 386 U.S. 738, 743–44 (1967); *In re Schulman*, 252 S.W.3d 403, 406 (Tex. Crim. App. 2008) (orig. proceeding); *Stafford v. State*, 813 S.W.2d 503, 509–10 (Tex. Crim. App. 1981); *High v. State*, 573 S.W.2d 807, 812–13 (Tex. Crim. App. [Panel Op.] 1978). Counsel also filed a motion with this Court seeking to withdraw as counsel in this appeal.

Counsel mailed Teel copies of the brief, the appellate record, and the motion to withdraw. Counsel informed Teel of his right to review the record and file a pro se response. Teel filed two motions for extensions of time in which to file his pro se response, each of which was granted by this Court. Teel's pro se response, after the second extension of time was granted, was due May 13,

2

2015. Teel has not filed a pro se response and has not requested an additional extension of time in which to file such a response.

We have determined that this appeal is wholly frivolous. We have independently reviewed the clerk's and reporter's records, and, taking into consideration Teel's points of error, we agree that no arguable issues support an appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005).

In the *Anders* context, once we determine that the appeal is without merit and is frivolous, we must either dismiss the appeal or affirm the trial court's judgment. *See Anders*, 386 U.S. at 738.

We affirm the trial court's judgment.[1]

Josh R. Morriss, III
Chief Justice

Date Submitted:     June 17, 2015
Date Decided:       June 26, 2015

Do Not Publish

---

[1]Since we agree this case presents no reversible error, we also, in accordance with *Anders*, grant counsel's request to withdraw from further representation of appellant in this case. *Anders*, 386 U.S. at 744. No substitute counsel will be appointed. Should appellant wish to seek further review of this case by the Texas Court of Criminal Appeals, appellant must either retain an attorney to file a petition for discretionary review or appellant must file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days from either the date of this opinion or the date on which the last timely motion for rehearing or was overruled by this Court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed with the clerk of the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4.

3

FILED IN
The Court of Appeals
Sixth District

JUN 2 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk